# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00724-CV

---

**Demetrius T. Crockett, Appellant**

**v.**

**Amazon Logistics, Inc., Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-23-005011, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On November 4, 2024, Demetrius T. Crockett filed a notice of appeal, attempting to appeal from the trial court's July 18, 2024 order granting appellee's motion to compel arbitration and dismissing all claims with prejudice. *See In re Gulf Expl., LLC*, 289 S.W.3d 836, 839–40 (Tex. 2009) (noting party may appeal order compelling arbitration if it dismisses underlying litigation so order is final, not interlocutory). Because the order was signed on July 18, 2024, and Crockett timely filed his motion for new trial on August 9, 2024, the deadline for him to file his notice of appeal was on or before October 16, 2024. *See* Tex. R. App. P. 26.1(a) (setting deadline to file notice of appeal within ninety days after judgment is signed when party timely files motion for new trial). However, Crockett's notice of appeal was not filed until November 4, 2024. Although this Court may grant a 15-day extension, the notice of appeal was also filed outside the extension

period. *See id.* R. 26.3 (authorizing appellate court to extend deadline to file notice of appeal by fifteen days).

On December 5, 2024, the Clerk of this Court advised Crockett that his appeal appeared to be untimely, requested a response from him on or before December 16, 2024, explaining how this Court may exercise jurisdiction over his appeal, and informed him that his appeal may be dismissed for want of jurisdiction unless he timely responded and demonstrated jurisdiction. On December 18, Crockett responded but did not indicate any reason that he believes his notice of appeal is timely or present any information that allows the Court to extend the deadline to file the notice of appeal.

Because Crockett did not file his notice of appeal timely, we do not have jurisdiction over his appeal. *See id.* R. 25.1(b) (providing that filing notice of appeal invokes appellate court's jurisdiction); *see also id.* R. 2 (prohibiting appellate court from altering the time for perfecting an appeal in a civil case). Thus, we dismiss it for want of jurisdiction. *See id.* R. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: January 17, 2025

2